THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J.S., and A.S.,<br><br>        Plaintiffs,<br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, and the MAERSK INC. WELFARE BENEFITS PLAN,<br><br>        Defendants. | AMENDED SCHEDULING ORDER<br><br><br>Civil No. 2:22-cv-00075 - JNP – DBP<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

Based on the Plaintiffs' motion and for good cause appearing, the stipulate Motion for Amended Scheduling Order is GRANTED (ECF No. 22) and the Scheduling Order[1] is amended as follows:

- Close of Fact discovery is extended from December 9, 2022 to **January 31, 2023**

- Deadline to file dispositive or potentially dispositive motions is extended from February 9, 2023 to **March 9, 2023**

DATED this 11th day of December, 2022.

_____
Dustin B. Pead, U.S. Magistrate Judge

---

[1] ECF Doc. No. 19.