IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **M.A.**, individually and on behalf of **Z.A.**, a minor,<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED HEALTHCARE INSURANCE, UNITED BEHAVIORAL HEALTH,** and **KAISER ALUMINUM FABRICATED PRODUCTS WELFARE BENEFIT PLAN**,<br><br>*Defendants*. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:21-CV-00083-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

**IT IS ORDERED AND ADJUDGED** that Plaintiffs are awarded summary judgment on their ERISA Claim and this action is **REMANDED** to Defendants for further consideration consistent with the Court's Memorandum Decision and Order (ECF No. 65). The Clerk of Court is directed to **CLOSE** this action.

Signed September 29, 2023.

BY THE COURT

*[signature: Jill N. Parrish]*

Jill N. Parrish
United States District Court Judge