IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| M.A., individually and on behalf of Z.A., a minor,<br><br>Plaintiffs,<br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, and KAISER ALUMINUM FABRICATED PRODUCTS WELFARE BENEFIT PLAN,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO RE-OPEN**<br><br>Case No. 1:21-cv-00083-JNP-DBP<br><br>Chief District Judge Jill N. Parrish |

On September 28, 2023, the court remanded this matter to Defendants for further consideration after granting Plaintiffs' motion for summary judgment. ECF No. 65. On December 31, 2025, Plaintiffs filed a motion to re-open the case. ECF No. 67.

"Generally, when an ERISA case is remanded to the plan administrator for further proceedings, the decision on remand is reviewable by the District Court upon motion by either party." *Graham O. v. United Behav. Health*, No. 1:18-CV-31-TS, 2024 WL 170739, at *1 (D. Utah Jan. 16, 2024).

Because post-remand decisions are reviewable upon motion by either party and because Defendants do not oppose the motion, the court finds it appropriate to re-open this case to evaluate Defendants' most recent denial. Plaintiffs' motion to re-open the case is GRANTED.

DATED February 2, 2026.

BY THE COURT

_____
Jill N. Parrish
United States Chief District Judge

2